IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA WARNER | : | CIVIL ACTION |
| v. | : | |
| OLYMPUS AMERICA INC., et al. | : | NO. 15-6246 |

## **ORDER**

**AND NOW**, this 24th day of May, 2016, upon consideration of Defendant Olympus America Inc.'s Motion to Transfer Under 28 U.S.C. § 1404 (Docket No. 20), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. This case shall be **TRANSFERRED** to the United States District Court for the Western District of North Carolina.

BY THE COURT:

/s/John R. Padova

John R. Padova, J.