IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-488-FDW-DSC

| | |
|---|---|
| Carla Warner, Representative of the Estate of Successor in Interest, and Widow to Willie Warner, Jr., Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| Olympus America, Inc., et al., | ) ) |
| Defendants. | ) ) ) |

## **ORDER**

**THIS MATTER** is before the Court on Defendants' "Motion for Leave to File Third-Party Complaint" (document #63). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: October 13, 2016

David S. Cayer
United States Magistrate Judge