# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00488-FDW-DSC

| | |
|---|---|
| CARLA WARNER, Representative of the Estate of Willie Warner, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>OLYMPUS AMERICA, INC, et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Ernest F. Koschineg and David G. Volk]" (documents # 67-68) filed October 13, 2016. For the reasons set forth therein, the Motions will be <u>granted.</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: October 14, 2016

David S. Cayer
United States Magistrate Judge