UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARLA WARNER, Representative of the Estate of, Successor in Interest, and Widow to Willie Warner, Jr., Deceased,<br><br>       Plaintiff,<br><br>  vs.<br><br>OLYMPUS AMERICA, INC.; OLYMPUS CORPORATION OF AMERICAS; OLYMPUS MEDICAL SYSTEMS CORP.; and CUSTOM ULTRASONICS, INC.<br><br>       Defendants.<br><br>OLYMPUS AMERICA INC. and OLYMPUS CORPORATION OF THE AMERICAS,<br><br>       Third-Party Plaintiffs,<br><br>  vs.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS MEDICAL CENTER, d/b/a CAROLINAS HEALTHCARE SYSTEM; CAROLINAS MEDICAL CENTER, A FACILITY OF THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY; and CAROLINAS HEALTHCARE SYSTEM,<br><br>       Third-Party Defendants. | Case No. 3:16-CV-00488-FDW-DSC |

## **CERTIFIED ORDER TO TAKE DEPOSITIONS IN JAPAN**

To:    Any consul or vice consul of the United States, United States Consulate, Osaka, Japan

       Upon the application of all parties, and pursuant to Article 17 of the United States–Japan consular convention:

It is ordered that the depositions on notice of the following witnesses be taken at the United States Consulate in Japan:

Witnesses Susumu Nishina, Hiroki Moriyama, Hisao Yabe, and/or Yoshio Tashior, employed by Olympus Medical System Corporation located at Shinjuku Monolith, 2-3-1 Nishi-Shinjuku, Shinjuku-ku, Tokyo 163-0914, Japan, taking place on or about May 17, May 18, May 19, and/or May 22, 2017, and to mark any documentary exhibits in connection therewith.

Among the participates who will participate in said depositions will be counsel for Defendant Jameson Blaxton Carroll; and counsel for plaintiffs Lexi Hazam, Wendy Fleishman, Robert Nelson, and/or Kelly McNabb.

The proceedings will be reported and videographed by Planet Depos—American Realtime Court Reporters.

The proceeding will be interpreted by N K S, PhD.

Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

IT IS THEREFORE ORDERED that the parties' Joint Motion for an Order for Taking Depositions in Japan (Doc. No. 99) is GRANTED.

IT IS SO ORDERED.

Signed: March 31, 2017

Frank D. Whitney
Chief United States District Judge