**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00488-FDW-DSC**

| | |
|---|---|
| CARLA WARNER,<br>    Plaintiff,<br><br>  vs.<br><br>OLYMPUS AMERICA, INC.; OLYMPUS CORPORATION OF AMERICAS; OLYMPUS MEDICAL SYSTEMS CORP.; and CUSTOM ULTRASONICS, INC.;<br>    Defendants.<br><br>OLYMPUS AMERICA, INC. and OLYMPUS CORPORATION OF THE AMERICAS,<br>    Third-Party Plaintiffs,<br><br>  vs.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS MEDICAL CENTER, d/b/a CAROLINAS HEALTHCARE SYSTEM; CAROLINAS MEDICAL CENTER, A FACILITY OF THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY; and CAROLINAS HEALTHCARE SYSTEM;<br>    Third-Party Defendants. | **ORDER<br>and<br>NOTICE OF HEARING** |

THIS MATTER is before the Court as to the status of this case. As an initial matter, the Court notes that Third-Party Defendants' pending Motion for Judgment on the Pleadings (Doc. No. 104) and their related Motion for Hearing (Doc. No. 106) are hereby DENIED AS MOOT by virtue of the Stipulation of Dismissal filed by Third-Party Plaintiffs (Doc. No. 111), which dismissed its claims without prejudice. No other dispositive motions appear pending in this matter, and this case is scheduled for the July 10, 2017, trial term.

1

TAKE NOTICE that a pretrial conference will take place during docket call on Monday, July 10, 2017, at 9:00 a.m. in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. In light of this pretrial conference, the parties' joint pretrial submissions shall be due Friday, June 30, 2017. Jury selection in this matter will take place on Tuesday, July 11, 2017.

IT IS SO ORDERED.

Signed: June 5, 2017

Frank D. Whitney
Chief United States District Judge